# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Irish Bank Resolution Corporation Limited, | : : : | |
| Debtor. | : : | |
| _____ | : : | |
| PADDY McKILLEN, ANTHONY LEONARD, and CLARENDON PROPERTIES LIMITED, | : : : : : | |
| Appellants, | : : | |
| v. | : : | Civil Action No. 18-1797-LPS |
| KIERAN WALLACE and EAMONN RICHARDSON, Foreign representatives for the Debtor, | : : : : | Bankruptcy Case No. 13-12159 (CSS) BAP No. 18-54 |
| Appellees. | : | |

## **RECOMMENDATION**

At Wilmington this **14th** day of **January, 2019**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, after submission of the joint letter, a teleconference was held on January 4, 2019 for an initial review and discussion with counsel to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the

expense of the process.

During the teleconference, a proposal was made that a written decision from the Bankruptcy Court may clarify and focus the issues on appeal, including those identified in D.I. 4.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Since this Recommendation is consistent with the letter submission and teleconference with counsel for the parties involved in this appeal, no objections are anticipated to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge